IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

OSCAR HALL ELLIOTT,

                Plaintiff,                         ORDER

                v.                                 09-cv-596-bbc

SERGEANT PRICE,
                Defendant

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Oscar Elliott, an inmate at the Dane County jail in Madison, Wisconsin, has submitted a proposed complaint and requested leave to proceed <u>in forma pauperis</u>. From plaintiff's trust fund account statement, it appears that plaintiff presently has no means with which to pay an initial partial payment of the $350 fee for filing his complaint. However, plaintiff should be aware that he is obligated to pay the $350 filing fee, even if this court determines that he will not be permitted to proceed with his complaint <u>in forma pauperis</u> and even if he does not presently have funds with which to pay the fee. 28 U.S.C. § 1915(b)(1). His account will be monitored and the fee must be taken in monthly installments when the funds exist.

      Accordingly, IT IS ORDERED that plaintiff's complaint is taken under advisement.

1

As soon as the court's calendar permits, plaintiff's complaint will be screened pursuant to 28 U.S.C. § 1915(e)(2) to determine whether the case must be dismissed either because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief.  Plaintiff will be notified promptly when such a decision has been made.

Further, the Clerk of Court is requested to insure that the court's financial records reflect the fact that plaintiff Elliott owes the $350 fee for filing this case, in accordance with the requirements of the Prison Litigation Reform Act.

Entered this 5th day of October, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge