IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

OSCAR HALL ELLIOTT,

    Plaintiff,

v.

SERGEANT PRICE,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-596-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant dismissing this case with prejudice for plaintiff's failure to state a claim upon which relief may be granted.

_____      1/4/10
Peter Oppeneer, Clerk of Court            Date